# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER LAZAR,** | : | No. 3:13cv973 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **CEDAR LAKE CAMP,** | : | |
| **NEW JERSEY FEDERATION OF** | : | |
| **YMHA'S & YMHA'S d/b/a** | : | |
| **CEDAR LAKE CAMP and** | : | |
| **NEW JERSEY YMHA-YWHA** | : | |
| **CAMPS, d/b/a CEDAR LAKE** | : | |
| **CAMP,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of July 2014, it is hereby ordered that plaintiff's motion in limine (Doc. 30) is **GRANTED** in part and **DENIED** in part as follows:   It is granted with respect to plaintiff's previous accidents, injuries, injury claim and recovery and they will not be admissible in the instant case, except for evidence of a prior right shoulder injury.  Defendants shall produce to plaintiff the medical records that they have agreed should be produced, and plaintiff may supplement his expert reports, if necessary, based upon these records.   Evidence of medical conditions and treatment unrelated to the instant incident will not be

admissible.  The other supplemental expert reports that the parties dispute will not be precluded as untimely.

Defendants' motion in limine (Doc. 31) with regard to Guy W. Fried, M.D.'s testimony is **GRANTED** with respect to the "vocational testimony" and such evidence is precluded from the trial.  The motion is **DENIED** in all other respects.

                                  **BY THE COURT:**

                                  <u>**s/ James M. Munley**</u>
                                  **JUDGE JAMES M. MUNLEY**
                                  **United States District Court**